FILED
CLERK, U.S. DISTRICT COURT

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND LEONARD VASQUEZ, | ) | NO. CV 07-5203-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. KRAMER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____April 3_____, 2008.

_____/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE